United States District Court
Southern District of Texas
**ENTERED**
May 08, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEMETRIC SMITH, (TDCJ-CID #2229675) Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION H-20-1075 |
| ROCKY MOORE, et al., Defendants. | § § § § § | |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is DISMISSED without prejudice to refiling after payment of the entire $400.00 filing fee. The Court must receive the payment within thirty days of this order.

SIGNED at Houston, Texas, on  May 8 , 2020.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2020\20-1075.a03.wpd